UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MASTERCARD INTERNATIONAL,
INCORPORATED,                                       :

                            Plaintiff,         :

                v.                                    :   00 Civ. 6068(GBD)

NADER 2000 PRIMARY COMMITTEE, INC.     :
NADER 2000 GENERAL COMMITTEE, INC.
and RALPH NADER,                                    :

                         Defendants.    :
-----------------------------------------------------------------x

## WITHDRAWAL OF MOTION FOR ATTORNEY'S FEES

Defendants NADER 2000 PRIMARY COMMITTEE, INC., NADER 2000 GENERAL COMMITTEE, INC. and RALPH NADER hereby withdraw their MOTION FOR ATTORNEYS' FEES PURSUANT TO FED.R.CIV.P. 54(d) filed March 25, 2004 and referred to Magistrate Dolinger May 3, 2004.

Dated: July 7, 2004

**FISH & RICHARDSON P.C.**

By: _____
Anthony L. Fletcher (AF 2969)
Stacy J. Grossman (SG 5590)
45 Rockefeller Plaza
New York, NY 10111
(212) 765 – 5070
facsimile: (212) 258-2291
*Attorneys for Defendants*

**SO ORDRED**:

_____
      U.S.D.J.
Date: